# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAELYR JANIEE' PATTON,<br>    Plaintiff,<br><br>    v.<br><br>REGIONS BANK,<br>        Defendant. | CV 20-8295 DSF (AFMx)<br><br>JUDGMENT |

The Court having granted Defendant Regions Bank's unopposed motion to dismiss,

IT IS ORDERED AND ADJUDGED that Plaintiff Taelyr Janiee' Patton take nothing, that the action be dismissed, and that Regions Bank recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: October 22, 2020

                                          Dale S. Fischer
                                          United States District Judge